UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANCHORBANK FSB,

    Plaintiff,

v.                                          Case No. 11-C-798

MOORISH SCIENCE TEMPLE OF AMERICA
and BRIDGET GRAY,

    Defendant.

**ORDER DENYING ORDER FOR PROTECTION**

    Kabir Karim Bey, who is not a party to the above action, filed an order for protection in which he asks this Court to address a letter that was sent to a state court judge by the attorney for Anchor Bank in which the attorney asked that the Court take steps to protect the attorney and his client from threats by Bey and other representatives of the Moorish Science Temple of America. The attorney proposes to go so far as to arm himself so that he has protection outside of the courtroom. As indicated, Bey is not a party to this proceeding, and in any event, the Court has no jurisdiction over state court matters. Accordingly, the order for protection, to the extent it requests relief by this Court is denied.

    **SO ORDERED** this   14th   day of September, 2011.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge